**UNITED STATES of America,**
**Appellee,**

v.

**Stephen J. BEEBE, Appellant.**

**No. 10–3758.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 30, 2011.

Filed: April 13, 2011.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C.

---

1. The Honorable Gregory Kays, United States District Judge for the Western District of Missouri.

souri.

Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

D. Michael Green, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Stephen Beebe challenges the 12–month prison sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the district court did not impose an unreasonable term of imprisonment. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.